IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS SHAUGHNESSY ,

      Petitioner,                                   ORDER

v.

                                     Case No.  24-cv-154-jdp

CHRIS BUESGEN,

      Respondent.

Petitioner Chris Shaughnessy seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than April 4, 2024.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately September 12, 2023 through the date of the petition, March 12, 2024.

ORDER

IT IS ORDERED that:

        1.     Petitioner Chris Shaughnessy may have until April 4, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.    If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before April 4, 2024, I will assume that petitioner wishes to withdraw this petition.


Entered this 13th day of March, 2024.

BY THE COURT:


/s/
ANDREW R. WISEMAN
United States Magistrate Judge